# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.: 10-cv-01749-RPM

Bruce C. McDonald, an individual,

    Plaintiff,

v.

ONEWEST BANK, F.S.B.;
John and Jane Does, 1-100 inclusive;
ABC CORPORATIONS, entities of unknown form, 1-20, inclusive,

    Defendants.

_____

### ORDER DENYING MOTION TO RECONSIDER
_____

Upon consideration of the Motion to Reconsider Order of Dismissal and Leave to Submit Amended Complaint to Remedy Deficiencies in Pleadings [16] filed on January 12, 2011, it is

ORDERED that the motion is denied.

DATED:   January 14th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge